THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES RIPPO and LEONARD RIPPO, Appellants.* — Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

RITA W. LUCHS, as Executrix, etc., of MONROE LUCHS, Deceased, Appellant, v. SAMUEL A. NATTANS, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

WILLIAM Z. SPIEGELMAN, Individually and Also in Behalf of and for the Benefit of the JEWISH BIOGRAPHICAL BUREAU, INC., Respondent, v. JOHN SIMONS, Appellant, Impleaded with Others.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to the defendant, appellant, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

JAMES DYER, an Infant, by FRANCES DYER, His Guardian ad Litem, Respondent, v. CENTRAL SAVINGS BANK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

HENRY LEWENSOHN, Appellant, v. MIRIAM GOODSTEIN, Respondent, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

LESLIE H. SMITH, Respondent, v. VILLA CHARLOTTE BRONTE, INC., Appellant. — Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

PAULINE CANUSO, Respondent, v. ROCCO CANUSO, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

PAUL BLANSHARD, Respondent, v. THE CITY OF NEW YORK and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.; Merrell, J., dissents and votes to reverse and grant the motion. [141 Misc. 609.]

PAULINE JACKSON HELM, Respondent, v. ARRINGTON S. HELM, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

DANIEL FANELLI, as Administrator, etc., of PETER FANELLI, Deceased, Appellant, v. DENIS M. HYNES, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

REINHOLD H. WAPPLER, Respondent, v. FREDERICK H. WAPPLER and Others, Appellants, Impleaded with Others.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

JOSEPHINE LEONARD, Respondent, v. WILLIAM L. LEONARD, Appellant.— Order reversed and motion denied. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

F. CARLETON DOLE, Trustee in Bankruptcy of QUINAPOXET MANUFACTURING

* Affd., 260 N. Y. 629.